UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LIBERTY MUTUAL FIRE INSURANCE COMPANY, :
:
Plaintiff, :
: 21-CV-1931 (JMF)
-v- :
: ORDER
:
JDS CONSTRUCTION GROUP LLC et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     The initial pretrial conference scheduled for **June 8, 2021**, at **3:30 p.m.** will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

     As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

     **At the conference, the parties should be prepared to address the Court's subject-matter jurisdiction given that "Defendants are continuing to investigate the citizenship" of the members of Defendant 111 West 57th Property Owner LLC and that the members of Defendant PMG West 57th Street LLC are merely "believed to be" citizens of Delaware, New York, and Florida. ECF No. 32, at 3.**

     SO ORDERED.

Dated: June 4, 2021                 _____
     New York, New York               JESSE M. FURMAN
                                           United States District Judge