UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
: 
LIBERTY MUTUAL FIRE INSURANCE COMPANY, :
:
                Plaintiff, : 21-CV-1931 (JMF)
:
        -v- : ORDER
:
JDS CONSTRUCTION GROUP LLC et al., :
:
             Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    At a conference held earlier today, the parties informed the Court that a member of Defendant 111 West 57th Property Owner LLC is believed to be a citizen of Massachusetts, where Plaintiff has its principal place of business. Accordingly, and as stated during the conference, it is hereby ORDERED that:

- Defendants shall provide Plaintiff with an update and any relevant documents or evidence regarding the citizenship of the relevant members of Defendant 111 West 57th Property Owner LLC by **June 22, 2021**.

- The parties shall file a joint status letter with the Court addressing where things stand with regard to the complete diversity of the parties (or lack thereof), and proposing appropriate next steps, by **June 25, 2021**.

    SO ORDERED.

Dated: June 8, 2021
       New York, New York
                                      JESSE M. FURMAN
                                  United States District Judge