UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
LIBERTY MUTUAL FIRE INSURANCE COMPANY, :
:
                   Plaintiff, : 21-CV-1931 (JMF)
:
      -v- : ORDER
:
JDS CONSTRUCTION GROUP LLC et al., :
:
              Defendants. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record at the conference held remotely by telephone earlier today:

- Defendants shall produce more particularized evidence concerning the citizenship of Defendant 111 West 57th Property Owner LLC, pursuant to a confidentiality agreement to be so ordered, no later than **June 22, 2021.**

- Plaintiff shall confer with Defendants and then file a letter with the Court proposing next steps in this litigation no later than **June 29, 2021.**

SO ORDERED.

Dated: July 8, 2021
      New York, New York
                                              JESSE M. FURMAN
                                          United States District Judge