UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                       :

LIBERTY MUTUAL FIRE INSURANCE COMPANY,   :

                                            Plaintiff,    :                21-CV-1931 (JMF)

                            -v-                               :                    <u>ORDER</u>

JDS CONSTRUCTION GROUP LLC et al.,                :

                           Defendants.        :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       For avoidance of doubt, Plaintiff's opposition to Defendants' motion to dismiss remains due by **September 10, 2021**, *see* ECF No. 43, notwithstanding Defendants' re-filing of their motion to dismiss earlier today to comply with the Court's ECF Rules, *see* ECF Nos. 47-49.

       SO ORDERED.

Dated: August 31, 2021
       New York, New York
                                                              JESSE M. FURMAN
                                                United States District Judge