UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
LIBERTY MUTUAL FIRE INSURANCE COMPANY,   :
:
Plaintiff,   :          21-CV-1931 (JMF)
:
-v-   :          ORDER
:
JDS CONSTRUCTION GROUP LLC et al.,   :
:
Defendants.   :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 19, 2022, Plaintiff filed two discovery-related letter-motions. *See* ECF Nos. 66-67. Upon review of the letters and Defendants' response, ECF No. 71, the Court concludes that there is no need for a conference. Instead, the Court rules as follows:

- **Defendants' Response to Requests to Admit:** The Court agrees with Plaintiff that Defendants' responses to the Requests to Admit fail to comply with Rule 36(a)(4) of the Federal Rules of Civil Procedure, which requires the responding party either to admit the matter or "specifically deny it or state in detail why the answering party cannot truthfully admit or deny it." In the Court's view, Defendants' contention that the Requests are unclear is overblown. Defendants shall serve new responses no later than **May 9, 2022**.

- **Contention Interrogatories:** Whether or not Plaintiffs' Contention Interrogatories were premature when served (given the extension of discovery granted on March 23, 2022), they are no longer premature under Local Rule 33.3 given the looming discovery deadline of May 12, 2022. *See* ECF No. 65. Accordingly, Defendants shall serve answers to them no later than **May 9, 2022**.

- **Defendants' Request for Reserve Information:** Although the Court reserves judgment on the merits of the parties' dispute, it agrees with Defendants that the requested reserve information is "relevant" within the broad meaning of that term for discovery purposes. Moreover, given that Defendants' request is limited to thirteen claims, the Court finds that it is not unduly burdensome or disproportionate. Accordingly, Plaintiff shall comply with the request as to the thirteen identified claims no later than **May 9, 2022**.

The Clerk of Court is directed to terminate ECF Nos. 66 and 67.

SO ORDERED.

Dated: April 27, 2022
New York, New York

JESSE M. FURMAN
United States District Judge