**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE COMPANY,

            Plaintiff,

          -against-

JDS CONSTRUCTION GROUP LLC., et al,

           Defendants.

------------------------------------------------------------x

21-CV-1931 (JLR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on September 22, 2022. At the call, the parties were given direction on how to proceed towards settlement.

By **October 7, 2022**, the parties shall file a joint settlement status letter informing the Court whether they want to have another Pre-Settlement Conference Call with the Court, and if so, suggest proposed dates for the call. Alternatively, the parties may indicate that they have continued settlement discussions on their own.

     **SO ORDERED.**

Dated: September 22, 2022
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge