UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>-against-<br><br>JDS CONSTRUCTION GROUP LLP, et al.,<br><br>                              Defendants. | Case No. 1:21-cv-01931 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated September 30, 2022, filed in response to the Court's September 16, 2022 Reassignment Order. ECF No. 102. Unless and until the Court orders otherwise, IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference, or a pre-motion conference should the parties move for summary judgment in accordance with the Court's Individual Rule 3.I, on November 10, 2022, at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Dated: October 3, 2022
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge