UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>         -against-<br><br>JDS CONSTRUCTION GROUP LLP, et al.,<br><br>                    Defendants. | Case No. 1:21-cv-01931 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

As discussed on the record at the November 10, 2022 conference, IT IS HEREBY ORDERED that Plaintiff shall files its motion for summary judgment no later than **November 21, 2022**, and Defendants shall file their motion for summary judgment no later than **December 1, 2022**. The parties shall file their opposition papers with respect to each motion no later than **January 9, 2023**, and their reply papers no later than **January 30, 2023.**

Dated: November 10, 2022
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge