UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                              Plaintiff,

            -against-

JDS CONSTRUCTION GROUP LLC, JDS
CONSTRUCTION SERVICES LLC,
111 WEST 57TH DEVELOPER LLC,
PMG WEST 57TH STREET LLC, and 111
CONSTRUCTION MANAGER LLC,

                            Defendants.
-----------------------------------------------------------------x

Civil Action No.:
21 Civ. 01931 (JLR)(OTW)

**NOTICE OF MOTION
FOR RECOVERY OF FEES
AND DISBURSEMENTS**

M A D A M S/S I R S:

    **PLEASE TAKE NOTICE** that upon the accompanying Declaration in Support of Claim for Fees and Disbursements of Marshall T. Potashner, dated October 3, 2023, the exhibits annexed thereto, and the prior pleadings and proceedings heretofore had herein, plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty Mutual") shall move this Court before the Honorable Jennifer L. Rochon, U.S.D.J., on the date and time determined by the Court, for an Order, pursuant to Fed. R. Civ. P. 54(d)(2), granting Liberty Mutual recovery of attorneys' fees and costs incurred in the sum of $234,655.48, which represents work through August 31, 2023, and granting such other and further relief as this Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE**, pursuant to the Order of the Honorable

Jennifer L. Rochon, U.S.D.J., dated September 20, 2013, opposition papers to this motion should

be filed no later than two weeks after service of this motion.

Dated: White Plains, New York
     October 3, 2023

                Yours, etc.,

                JAFFE & ASHER LLP

                By: _____
                   Marshall T. Potashner, Esq.
                Attorneys for Plaintiff
                LIBERTY MUTUAL FIRE INSURANCE
                COMPANY
                445 Hamilton Avenue, Suite 405
                White Plains, New York 10601
                (212) 687-3000

TO:    COHEN ZIFFER FRENCHMAN & McKENNA LLP
       Attorneys for Defendants
       JDS CONSTRUCTION GROUP LLC, JDS
       CONSTRUCTION SERVICES LLC,
       111 WEST 57TH DEVELOPER LLC,
       PMG WEST 57TH STREET LLC, and 111
       CONSTRUCTION MANAGER LLC
       1325 Avenue of the Americas
       New York, New York 10019
       (212) 584-1890

2