```
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____x
LIBERTY MUTUAL FIRE INSURANCE          :
COMPANY,                               :
                                       :
              Plaintiff,               :
                                       :   Civil Action No. 21-cv-1931(JLR)
              v.                       :
                                       :
JDS CONSTRUCTION GROUP LLC,            :
JDS CONSTRUCTION SERVICES LLC,         :
111 WEST 57TH DEVELOPER LLC, PMG WEST  :
57TH STREET LLC, and 111 CONSTRUCTION  :
MANAGER LLC,                           :
                                       :
              Defendants.              :
_____x
```

## DECLARATION OF ANDREW N. BOURNE

ANDREW N. BOURNE declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Cohen Ziffer Frenchman & McKenna LLP, attorneys for Defendants JDS Construction Group LLC, JDS Construction Services LLC, 111 West 57th Developer LLC, PMG West 57th Street LLC, and 111 Construction Manager LLC (collectively, the "Defendants"). As such, I am fully familiar with the facts set forth herein. I respectfully submit this declaration together with Defendants' Motion for Clarification.

2. Annexed hereto as **Exhibit A** is a true and correct copy of the Order entered by this Court on September 20, 2023 (the "Summary Judgment Order").

3. Annexed hereto as **Exhibit B** is a true and correct copy of the email chain from October 20, 2023 through November 6, 2023 between myself and Marshall T. Potashner, counsel for Plaintiff, regarding the amount of cash collateral to be deposited into the Pre-Funded Deductible Program.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 15, 2023
      New York, New York

Respectfully submitted,

By: _____
   Andrew N. Bourne (AB-9774)
COHEN ZIFFER FRENCHMAN
  & McKENNA LLP
1325 Avenue of the Americas
31st Floor
New York, NY 10019
(212) 584-1890
abourne@cohenziffer.com

*Attorneys for Defendants*