UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE COMPANY,

                    Plaintiff,

         -against-

JDS CONSTRUCTION GROUP LLC, JDS
CONSTRUCTION SERVICES LLC, 111 WEST
57TH DEVELOPER LLC, PMG WEST 57TH STREET
LLC, and 111 CONSTRUCTION MANAGER LLC,

                    Defendants.
-------------------------------------------------------------------x

Civil Action No.:
21 Civ. 01931 (JLR)

**DECLARATION RE MOTION FOR CLARIFICATION**

        **JUSTIN GAUTHIER**, pursuant to 28 U.S.C. § 1746, declares as follows: 1.

        I am an Accounting Manager for plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty Mutual"); as such, I am fully familiar with the facts and circumstances set forth herein.

        2.    I submit this declaration in response to defendants' motion for clarification.

        3.    Defendants' obligations to Liberty Mutual change on a monthly basis. The claims payments and related charges and expenses continue to grow. This declaration addresses defendants' obligations as of October 1, 2023, due on November 1, 2023. As discussed herein, the cash collateral in the Pre-Funded Deductible Program has been fully depleted, leaving the fund with a negative balance. Defendants, without addressing any other obligations (such as retrospective premium or any additional late payment charges) should be required to deposit the sum of $6,382,843.97 into the Pre-Funded Deductible Program. While that amount will not necessarily make Liberty Mutual whole, once this amount is deposited, Liberty Mutual hopes that defendants and itself will be able to resolve any further monetary

disputes arising from this insurance program without further Court intervention (although we believe that the attorneys' fee issue which is pending before the Court will require a determination as the parties will not likely reach agreement on that issue).

4. Attached, for the Court's ease, are true and complete copies of the key documents discussed on this motion:

> Exhibit "1": The Pledge and Security Agreement For Guarantee Of Deductibles and/or Loss Limit Reimbursement #8344.
>
> Exhibit "2": Copies of the Late Payment Charge Invoices, with Cover Page Summary.
>
> Exhibit "3": Financial Terms and Conditions, with amendment.
>
> Exhibit "4": The Large Risk Alternative Rating Option Endorsement Premium Determination Endorsement, with three amendments, signed by defendants.

5. As of October 1, 2023, Liberty Mutual paid $4,609,673.04 for Workers Compensation and Employers Liability losses; and Liberty Mutual paid $10,483,564.51 for Commercial General Liability losses under the insurance policies issued to defendants. These monies have been paid from or charged to the loss fund in the Pre-Funded Deductible Program.

6. Defendants initially deposited $16.5 million into the Pre-Funded Deductible Program. They have not deposited any additional monies. The pre-funded deductible obligations, given that the full $21 million deductible obligation should have been put into the Pre-Funded Deductible Program, accounts for $4.5 million of amount that defendants should be directed to deposit into the Pre-Funded Deductible Program.

7. In addition, as of October 1, 2023, in accord with the Pledge Agreement,

defendants have incurred Late Payment Charges of $758,241, which were paid for from or charged to the loss fund. (See Exhibit "2".) Defendants need to make the loss fund whole for these charges.

8. In addition, as of October 1, 2023, Liberty Mutual has charged Variable Expense in the total sum of $1,124,602.45 against the losses. As per the Financial Terms and Conditions and the Large Risk Alternative Rating Option Endorsement Premium Determination Endorsement, and its amendments, the Variable Expense is a fixed 8% fee against claims payments. The Variable Expense is charged monthly, and it is shown on the deductible invoices provided to defendants. An example of one such invoice, the July 2, 2023, invoice for TB2-621-094668-024, the Commercial General Liability policy, is annexed hereto as Exhibit "5".

9. After the third retrospective adjustment, pursuant to the Financial Terms and Conditions, the parties agreed that the Variable Expense would be "billed annually with the retrospective adjustment based upon Incurred Losses." As such, Liberty Mutual stopped charging the Variable Expense on the deductible invoices, with the last invoice containing a Variable Expense issued on or about July 2, 2023 and which was due on August 1, 2023. This explains why the amount invoiced with the claims on the Variable Expense is less than 8% of the claims payments made.

10. As is clear from the above numbers, the loss fund in the Pre-Funded Deductible Program has a negative balance. To bring the fund close to up to date, and in accord with the January 6, 2022, Revised Security Schedule, this Court should clarify that defendants must contribute the sum of $4,500,000 plus $758,241.52 plus $1,124,602.45, for the total sum of $6,382,843.97, to the Pre-Funded Deductible Program. This amount will not make Liberty Mutual completely whole, as the Court is still addressing the attorneys' fee issue and there are

outstanding premium obligations that have accrued since this action was commenced; however, it will fulfill the intent of the motion for summary judgment that was granted.

**WHEREFORE**, this Court should clarify the amount to be deposited into the Pre-Funded Deductible Program as addressed herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2023, in Portsmouth, New Hampshire.

_____
**JUSTIN GAUTHIER**